UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24797-CIV-WILLIAMS

ISAAC GATLIN,

    Plaintiff,

vs.

DONERIGHT CUSTOM PAINTING, LLC, *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (DE 46) on Plaintiff's Motion for Settlement Enforcement. In the Report, Magistrate Judge McAliley recommends that Plaintiff's Motion (DE 41) be GRANTED. Defendants filed no objections to the Report, and the time to do so has passed.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 46) is **AFFIRMED AND ADOPTED**;
2. Plaintiff's Motion for Settlement Enforcement (DE 41) is **GRANTED**.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>17th</u> day of May, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE